Registration Number
**VA 2-316-547**
Effective Date of Registration:
August 31, 2022
Registration Decision Date:
August 31, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
  For Photographs Published: August 15, 2009 to August 15, 2009

### Title

     Title of Group: FrogLog Product Pictures 2009
Number of Photographs in Group: 2

- Individual Photographs: FLG-9 8.2009,
           FLG-10 8.2009
      Published: August 2009

### Completion/Publication

     Year of Completion: 2009
Earliest Publication Date in Group: August 15, 2009
Latest Publication Date in Group: August 15, 2009
  Nation of First Publication: United States

### Author

-    Author: OSPREY LLC
  Author Created: photographs
 Work made for hire: Yes
    Citizen of: United States

### Copyright Claimant

  Copyright Claimant: OSPREY LLC
          1431 Hoppa Rd, Crownsville, MD, 21032, United States

### Rights and Permissions

Page 1 of 2

| | |
|---|---|
| **Organization Name:** | OSPREY LLC |
| **Address:** | 1431 Hoppa Rd |
| | Crownsville, MD 21032 United States |

## Certification

| | |
|---|---|
| **Name:** | Shreya tiwari |
| **Date:** | August 31, 2022 |

---

| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

Registration Number

# VA 2-312-217

Effective Date of Registration:
August 05, 2022
Registration Decision Date:
August 05, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
      For Photographs Published:   August 01, 2009 to August 01, 2009

### Title _____

| | |
|---:|:---|
| Title of Group: | FrogLog Product Pictures 2009 |
| Number of Photographs in Group: | 3 |
| • Individual Photographs: | FLG-1 8.2009, |
| | FLG-3 8.2009, |
| | FLG-4 8.2009 |
| Published: | August 2009 |

### Completion/Publication _____

| | |
|---:|:---|
| Year of Completion: | 2009 |
| Earliest Publication Date in Group: | August 01, 2009 |
| Latest Publication Date in Group: | August 01, 2009 |
| Nation of First Publication: | United States |

### Author _____

| | |
|---:|:---|
| • Author: | OSPREY LLC |
| Author Created: | photographs |
| Work made for hire: | Yes |
| Citizen of: | United States |

### Copyright Claimant _____

| | |
|---:|:---|
| Copyright Claimant: | OSPREY LLC |
| | 1431 Hoppa Rd, Crownsville, MD, 21032, United States |

### Rights and Permissions _____

Page 1 of 2

| | |
|---:|:---|
| **Organization Name:** | OSPREY LLC |
| **Address:** | 1431 Hoppa Rd |
| | Crownsville, MD 21032 United States |

## Certification

| | |
|---:|:---|
| **Name:** | Jessica Delos Santos |
| **Date:** | August 05, 2022 |

| | |
|---:|:---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

Registration Number
# VA 2-312-215
**Effective Date of Registration:**
August 05, 2022
**Registration Decision Date:**
August 05, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    For Photographs Published:    February 01, 2012 to February 01, 2012

### Title _____

|  |  |
|---|---|
| Title of Group: | FrogLog Product Pictures 2012 |
| Number of Photographs in Group: | 5 |
| • Individual Photographs: | FLG-2 2.2012,<br>FLG-5 2.2012,<br>FLG-6 2.2012,<br>FLG-7 2.2012,<br>FLG-8 2.2012 |
| Published: | February 2012 |

### Completion/Publication _____

|  |  |
|---|---|
| Year of Completion: | 2012 |
| Earliest Publication Date in Group: | February 01, 2012 |
| Latest Publication Date in Group: | February 01, 2012 |
| Nation of First Publication: | United States |

### Author _____

|  |  |
|---|---|
| • Author: | OSPREY LLC |
| Author Created: | photographs |
| Work made for hire: | Yes |
| Citizen of: | United States |

### Copyright Claimant _____

|  |  |
|---|---|
| Copyright Claimant: | OSPREY LLC<br>1431 Hoppa Rd, Crownsville, MD, 21032, United States |

Page 2 of 2

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | OSPREY LLC |
| **Address:** | 1431 Hoppa Rd |
|  | Crownsville, MD 21032 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Jessica Delos Santos |
| **Date:** | August 05, 2022 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |